The briefing schedule in this case is stayed, and upon the filing of the supplemental record, the parties shall restart the briefing in this case in accordance with the deadlines set forth in S.Ct.Prac.R. 11.05.

**2016–1116. Lightning Rod Mut. Ins. Co. v. Southworth.**
Scioto App. No. 15CA3704, 2016-Ohio-3473. On appellee's motion to strike late reply brief of appellant. Motion denied.

**2016–1307. LGR Realty, Inc. v. Frank & London Ins. Agency.**
Franklin App. No. 15AP1072. On motion for admission pro hac vice of Syed S. Ahmad. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days.

**2016–1668. State ex rel. Hunley v. Dept. of Rehab. & Corr.**
Franklin App. No. 15AP–593. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

The clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

**2017–0173. In re Adoption of P.L.H.**
Butler App. No. CA2016–09–185, 2016-Ohio-8453. On motion for admission pro hac vice of Mary M. Beck. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days.

**2017–0109. State ex rel. Cook v. Indus. Comm.**
Franklin App. No. 15AP–1025, 2016-Ohio-8497. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0356. State ex rel. Franklin v. Stark Cty. Dept. of Job & Family Servs.**
Stark App. No. 2016CA00109. Appellant has not filed a merit brief, due May 15, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0367. State ex rel. Matthews v. Haviland.**
Allen App. No. 1–16–54. Appellant has not filed a merit brief, due May 16, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

*May 25, 2017*

2017-Ohio-2977.]

**2017–0173. In re Adoption of P.L.H.**
Butler App. No. CA2016–09–185, 2016-Ohio-8453. On motion of amicus curiae birth mother to participate in oral argument scheduled for Wednesday, June 21, 2017. Motion granted. Amicus curiae shall share the time allotted to appellees.